UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

KS TRADE, LLC, and YONI MIZRAHI,

                                  Plaintiffs,

              -against-

SIMPLE WISHES, LLC, PUMPING
ESSENTIALS, LLC, and KEREN JOZWIAK

                          Defendants.

------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:
:

1:20-cv-9200-GHW

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/21

GREGORY H. WOODS, District Judge:

On October 6, 2021, the Court held a conference to address the parties' September 22, 2021 letter regarding two discovery disputes.  Dkt. No. 78.  For the reasons stated on the record, the Court is denying Plaintiff's request for Defendant Simple Wishes LLC to produce invoices for the sale of Simple Wishes products on and to Amazon.  Additionally, as explained during the conference, the Court is granting Plaintiff's request to extend the deadline to conduct depositions.

Accordingly, and in light of the parties' September 22, 2021 letter, the Court imposes the following deadlines on the parties' completion of discovery:

- Defendant Simple Wishes LLC will produce all invoices for the sale of Simple Wishes LLC products, excluding the sale of Simple Wishes LLC products to hospitals, government agencies and Amazon, dated between March 25, 2019 and March 31, 2021 by no later than October 20, 2021.

- Defendant Simple Wishes LLC will produce all distribution agreements relating to the sales and invoices referenced above by no later than October 20, 2021.

- Within 10 days of the production of the above documents, the parties will meet and confer concerning the scope of third-party discovery requested in response to the documentation produced by Simple Wishes LLC.  The parties are directed to file a joint letter to the court within 3 days of the meet and confer.

- The parties are directed to complete all depositions by no later than December 5, 2021.

Except as expressly modified by this order, the case management plan entered by the Court on February 19, 2021, Dkt. No. 38, remains in full force and effect.

SO ORDERED.

Dated:  October 6, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2