UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/21
```

-------------------------------------------------------------- X
                                        :

KS TRADE, LLC, and YONI MIZRAHI,      :

                         :

                   Plaintiffs,   :       1:20-cv-9200-GHW

                         :

         -against-        :       ORDER

                         :

SIMPLE WISHES, LLC, PUMPING      :

ESSENTIALS, LLC, and KEREN JOZWIAK  :

                         :

                Defendants. :

                         :

-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On November 8, 2021, the Court held a conference to address the parties' November 1, 2021 letter regarding a discovery dispute. Dkt. No. 92. The following day, on November 9, 2021, the Court resumed the conference to rule on Plaintiffs' three discovery requests. For the reasons stated on the record, the Court denied Plaintiffs' request to subpoena Amazon. As explained during the November 9, 2021 conference, the Court granted Plaintiffs' requests to subpoena eBay and Lansinoh on the limited issue of Lansinoh sales of the relevant Simple Wishes products on eBay and eBay related platforms from March 1, 2019 to March 31, 2021. Plaintiffs' subpoenas to Lansinoh and eBay must be limited in scope as described by the Court on the record during the November 9, 2021 conference. Plaintiffs are not granted leave to seek additional information from Lansinoh or eBay or to depose a representative from either Lansinoh or eBay absent a renewed application to the Court.

       SO ORDERED.

Dated:  November 10, 2021
New York, New York

                                        GREGORY H. WOODS
                                    United States District Judge