```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KS TRADE, LLC, and YONI MIZRAHI,                               :
                                                               :
                                      Plaintiffs,              :     1:20-cv-9200-GHW
                                                               :
                  -against-                                    :     ORDER
                                                               :
SIMPLE WISHES, LLC, PUMPING                                    :
ESSENTIALS, LLC, and KEREN JOZWIAK                             :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On November 23, 2021, the Court held a conference to address the parties' joint letter filed on November 22, 2021 at Dkt. No. 107. At the Conference, the parties discussed Plaintiffs' proposed motion to compel the production of a non-redacted version of a WhatsApp conversation produced by Defendant Keren Jozwiak. Dkt. 107-1.

As explained during the conference, if Plaintiffs wish to compel the production of this document, they must file a notice of motion to compel on ECF on or before December 1, 2021. If Plaintiffs file a notice of motion to compel, Defendants' opening brief is due on or before December 8, 2021. Plaintiffs' opposition is due on or before December 15, 2021. Defendants' reply, if any, is due on or before December 20, 2021.

SO ORDERED.

Dated: November 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge