```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KS TRADE, LLC, and YONI MIZRAHI,                                 :
                                                                 :
                                    Plaintiffs,                  :    1:20-cv-9200-GHW
                                                                 :
                     -against-                                   :    ORDER
                                                                 :
SIMPLE WISHES, LLC, PUMPING                                      :
ESSENTIALS, LLC, and KEREN JOZWIAK                               :
                                                                 :
                                    Defendants.                  :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/21

GREGORY H. WOODS, District Judge:

On December 3, 2021, the Court held a conference to address Defendants' proposed motion for sanctions. As discussed at that conference, the deadline for Defendants to file and serve their motion for sanctions is December 21, 2021. Plaintiffs' opposition is due on or before January 11, 2022. Defendants' reply, if any, is due on or before January 18, 2022.

SO ORDERED.

Dated: December 3, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge